UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-639-RJC
(3:11-cr-00003-RJC-5)

| VICTOR DANIEL PINEDA-COTO, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **O R D E R** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on an initial review of Petitioner's Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255.

Rule 4(b) of the Rules Governing Section 2255 Proceedings provides that the Court should promptly examine the § 2255 motion, any attached exhibits and the record, and determine if it plainly appears that Petitioner is entitled to no relief. The Court has examined the § 2255 motion and finds that Petitioner shall have forty-five days from entry of this Order to file a memorandum supporting his claims for relief.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have forty-five (45) days from entry of this Order to file a memorandum supporting his claims for relief.

Signed: December 3, 2013

Robert J. Conrad, Jr.
United States District Judge