# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Victor Daniel Pineda-Coto,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:13-cv-00639-RJC |
| | ) | 3:11-cr-00003-RJC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 30, 2015 Order.

December 1, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court